UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-30317 |
|---|---|
| KATHERINE M. RICKARD | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083684**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 10 | DAYTON PEDIATRIC DENTISTRY<br>%COLBYCON<br>BOX 44795<br>MIDDLETOWN, OH  45044 | 36.97 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/28/2011

Certificate of Service     08-30317

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

KATHERINE M. RICKARD
4864 BETSY DR.
FRANKLIN, OH  45005

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(10.3)
DAYTON PEDIATRIC DENTISTRY
% COLBYCON
1523 FIRST AVE
MIDDLETOWN, OH  45044

(10.1)
DAYTON PEDIATRIC DENTISTRY
%COLBYCON
BOX 44795
MIDDLETOWN, OH  45044

(30.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(31.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN  56302

(21.1n)
PATRICK D HENDERSHOTT
BOX 525
TOLEDO, OH  43697

(25.1n)
SPRINT NEXTEL
SPRINT BANKRUPTCY
BOX 7949
OVERLAND PARK, KS  66207

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner       sv